# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Shivette Howard

                              Plaintiff,

v.                                             Case No.: 1:14–cv–07578
                                                      Honorable Harry D. Leinenweber

DuPage Housing Authority

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 6/11/2015. Defendants motion to dismiss is denied. Plaintiff's motion to file sur reply is denied. Status hearing set for 7/16/2015 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.