IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Shivette Howard, | ) | No. 1:14-cv-07578 |
| Plaintiff; | ) | |
| v. | ) | The Hon. Harry D. Leinenweber |
| | ) | |
| DuPage Housing Authority, an Illinois | ) | |
| Municipal Corporation | ) | |
| Defendant. | ) | |

## ORDER

The Court bring advised that the parties have reached an agreement resolving this dispute,

IT IS ORDERED THAT:

This matter is dismissed with prejudice.

IT IS FURTHER ORDERED THAT:

The Court having granted Plaintiff's Motion to Proceed *In Forma Pauperis* on December 8, 2014, the Court directs the Clerk of Court to reimburse LAF (Legal Assistance Foundation) for the payment of filing fees in the amount of $400 (paid December 5, 2014).

Dated: 8/5/15  Enter: _____

Judge Harry D. Leinenweber

Prepared by:
Michelle J. Gilbert, #6193886
LAF
120 S. LaSalle Street, Suite 900
Chicago, IL 60603
(312) 347-8315
mgilbert@lafchicago.org